UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KELLY HARRIS & SHAYLENE LEE, | No. CV-07-00126-JLQ |
| Plaintiff, | ORDER OF DISMISSAL WITH PREJUDICE |
| vs. | |
| MAYFLOWER TRANSIT, | |
| Defendant. | |

Based on the Stipulation of the parties IT IS HEREBY ORDERED that the complaint and the claims therein shall be dismissed with prejudice and without costs or attorney fees to any party.

The Clerk of this court shall enter this Order, enter judgment, forward copies to counsel and close this file.

**DATED** this 24th day of September 2007.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1