AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

KELLY HARRIS & SHAYLENE LEE,

          Plaintiff,

          v.

MAYFLOWER TRANSIT,

          Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-126-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the complaint and the claims therein shall be dismissed with prejudice and without costs or attorney fees to any party.

| | |
|---|---|
| September 25, 2007 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Shirley Peters |
| | *(By) Deputy Clerk* |
| | Shirley Peters |